IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Melvin Coleman Pedro,<br><br>    Defendant.<br><br>Gila River Indian Community<br><br>    Garnishee. | No. CR-06-513-PHX-ROS (LOA)<br><br>**ORDER** |

On May 16, 2011, United States Magistrate Judge Anderson issued a Report and Recommendation. (Doc. 64). Plaintiff has not objected to the Report and Recommendation.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.*; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal

1  quotations and citations omitted).

2  No objections being made, the Court will adopt the Report and Recommendation in
3  full.

4  Accordingly,

5  **IT IS ORDERED** the Report and Recommendation **(Doc. 64)** is **ADOPTED**.

6  **IT IS ORDERED** the Government's Application for Writ of Garnishment directed
7  to the Gila River Indian Community, seeking continuing garnishment of Pedro's interest in
8  the quarterly per capita payments from the Gila River Indian Community Revenue Allocation
9  Ordinance GR-07-09 **(Doc. 53)** is **GRANTED**.

10 **IT IS ORDERED** Pedro's Motion for Garnishment Hearing **(Doc. 63)** is **DENIED**.

11 **IT IS FURTHER ORDERED** the Clerk of Court is kindly directed to mail a copy
12 of this Order to Melvin Coleman Pedro, # 46030-008, Lewisburg, PA, Lewisburg-USP, R.D.
13 # 5, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA, 17837.

14 DATED this 8th day of June, 2011.

Roslyn O. Silver
Chief United States District Judge